769 S.E.2d 242

**The STATE, Respondent,**

v.

**Daisy Lynne MIMMS, Petitioner.**

**Appellate Case No.2014–002198.**

**No. 2014–002198.**

Supreme Court of South Carolina.

Feb. 20, 2015.

## ORDER

We deny the petition for a writ of certiorari to review the Court of Appeals' decision in *State v. Mimms*, 410 S.C. 32, 763

S.E.2d 46 (Ct.App.2014). However, we hereby direct the Court of Appeals to depublish its opinion and assign the matter an unpublished opinion number. The above opinion shall no longer have any precedential effect.

/s/JEAN H. TOAL, C.J.

/s/COSTA M. PLEICONES, J.

/s/DONALD W. BEATTY, J.

/s/JOHN W. KITTREDGE, J.

/s/KAYE G. HEARN, J.
　FOR THE COURT